UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSE RAMIREZ BAEZ, :
:
Plaintiff, :
:   24 Civ. 5189 (JPC)
-v- :
:   ORDER
RG DECORATING & PAINTING CORP. *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 7, 2024, this case was referred to mediation. Dkt. 8. The docket reflects that a mediation conference was held on January 8, 2025. Accordingly, the parties are directed to file a joint status letter on or before April 7, 2025, updating the Court regarding the status of any settlement discussions and proposing next steps in this litigation.

      SO ORDERED.

Dated: March 28, 2025
       New York, New York

                                              JOHN P. CRONAN
                                   United States District Judge